```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         SOUTHERN DIVISION
```

**JESSICA RICARD**                                                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 1:23-CV-21-HSO-BWR**

**CITY OF WAVELAND, MISSISSIPPI, et al.**                             **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights, that the parties have a full appreciation of the consequences of the confidential settlement, and that the terms of the settlement are fair and reasonable, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the __3rd__ day of April, 2024.

                                                                     UNITED STATES DISTRICT COURT JUDGE
                                                                       **HALIL S. OZERDEN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Apr 03 2024
ARTHUR JOHNSTON, CLERK

APPROVED AS TO FORM AND CONTENT:

s/ *Edward Gibson*                            *G. Todd Butler*
EDWARD GIBSON                    G. Todd Butler

*ATTORNEY FOR PLAINTIFF*      *ATTORNEY FOR DEFENDANTS*

PD.44947442.1